■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

RAUL STEVENSON, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Kramer, J.), imposed November 21, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Brown, Kooper, Sullivan and Rosenblatt, JJ., concur.